**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| COREY JOHNSON, #127345, | § | |
| Plaintiff, | § | |
| v. | § | Case No. 6:26-cv-229-JDK-KNM |
| JASON LEE PARRISH, | § | |
| Defendant. | § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Corey Johnson, a prisoner confined within the Texas prison system proceeding pro se and *in forma pauperis*, filed this lawsuit against Defendant pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell for findings of fact, conclusions of law, and recommendations for disposition of the action.

On August 14, 2026, Judge Mitchell issued a Report recommending that Plaintiff's case be dismissed with prejudice as frivolous and for failure to state a claim upon which relief can be granted. Docket No. 10. Judge Mitchell further recommended that Plaintiff be cautioned that filing additional claims similar or identical to those the Court has found to be legally unfounded may subject him to sanctions. *Id.* at 7.

A copy of the Report was sent to Plaintiff on August 14, 2026. However, Plaintiff did not file objections.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Servs., LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, Plaintiff did not file any objections. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 10) as the findings of this Court. It is therefore **ORDERED** that this case is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). Any motions pending in this case are **DENIED as moot.**

Finally, Plaintiff is cautioned that continuing to file lawsuits based on claims materially similar to those the Court has already rejected will be construed as abusive litigation and will subject him to sanctions sufficient "to deter repetition of the conduct," including monetary sanctions or other limitations on his ability to file in this Court. FED. R. CIV. P. 11(c)(4).

So **ORDERED** and **SIGNED** this **13th** day of **October, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE